Rev. 6/07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Anthony S. Folks 24721-016 )
FDC Philadelphia             )
PO Box 562                   )
Philadelphia, PA 19106       )
(Enter your full name, prison number
and address)

Case: 1:08-cv-00349
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 2/27/2008
Description: Pro Se General Civil

v.

Adam Cohen              ) 501 Third Street, NW Washington, DC 20001
Howard B Katzoff        ) 717 D Street, NW Suite 310, Washington DC, 20004
Probation Department    ) 555 4th Street NW, Room 4444 Washington DC 20530
                        )
(Enter the full name and address(es),
if know, of the defendant(s) in this
action)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $350.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court must access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1) the average monthly deposits to your prison account, or
(2) the average monthly balance of your prison account for the prior six-month period.

**RECEIVED**
FEB 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ANTHONY S. FOLKS,                                )<br>                                                              )<br>              Plaintiff,                                  )<br>                                                              )<br>      v.                                                     )<br>                                                              )<br>UNITED STATES DEPARTMENT OF JUSTICE; )<br>*Michael B. Mukasey*, Attorney General of the United )<br>States; KENNETH WAINSTEIN, United States Attorney )<br>for the District of Columbia; ADAM COHEN, Assistant )<br>United States Attorney for the District of Columbia; )<br>HOWARD B. KATZOFF,                       )<br>                                                              )<br>              Defendants.                               )  | CIVIL ACTION<br>NO. _____ |

## COMPLAINT

Comes now Anthony S. Folks, *Pro Se*, and complains of defendants as follows:

1. This complaint is brought pursuant to 42 U.S.C. section 1983 for violation of rights secured to defendant under the Fifth, Sixth, and Eighth Amendments to the United States Constitution.

2. This court has jurisdiction of this cause under 28 U.S.C. sections 1331 and 1343.

3. Venue is properly in the District of Columbia because that is where the events giving rise to the claims occurred.

4. The parties to this action are Anthony S. Foks, plaintiff, a prisoner presently incarcerated by virtue of the wrongful acts of the defendants, and the Attorney General of the United States, head of the United States Department of Justice, the United States Attorney for the District of Columbia, and an Assistant United States Attorney for the District of Columbia, all of whom were responsible for the negotiation of a plea agreement with plaintiff Folks in *United*

*States of America v. Folks*, 02-CR-0077-12 in the United States District Court for the District of Columbia, and all of whom are responsible for the breach of the terms of said agreement, and Howard B. Katzoff, court-appointed counsel for plaintiff in that action, whose ineffective representation of plaintiff permitted and encouraged the breach of the plea agreement and attendant harm to plaintiff.

5. There are no administrative remedies available to plaintiff via which he can obtain the requested relief for the harm done by defendants.

6. No prior suits have been brought by plaintiff to obtain the claimed relief.

## STATEMENT OF FACTS

[set out the facts upon which you claim relief]   See Attached V. Statement of Claim

## CAUSES OF ACTION

The actions of the defendants as set forth above violated plaintiff's rights under the following Amendments to the United States Constitution:

<u>Fifth Amendment</u>: Plaintiff was entitled to Due Process of Law in all dealings with the Government in *United States of America v. Folks*, 02CR-0077012. Plaintiff was entitled to expect the United States Department of Justice to comply with the terms of a plea agreement negotiated by its representatives. Plaintiff was entitled to rely upon agents of the United States Department of Justice, including the United States Attorney for the District of Columbia and his assistant United States Attorney responsible for the handling of the above-entitled case to deal fairly and honestly with plaintiff, and to keep any promises made to plaintiff in exchange for his plea of guilty in that case. The official defendants breached the plea agreement by revealing information that was provided by plaintiff under an express promise of confidentiality and secrecy, by allowing the United States Probation Office to include the protected information in a

presentence report filed in the above-entitled case, by failing to assure that the information was removed from the presentence report, and by filing with the United States District Court in the above-entitled case a Proffer which included the privileged information.

Sixth Amendment: Plaintiff was entitled to the effective assistance of counsel Howard B. Katzoff. Defendant Katzoff breached his duty to plaintiff by failing to object to breaches of the plea agreement by the other defendants, and by failing to enforce the obligations of the United States under the agreement.

Eighth Amendment: Because of the breaches of the plea agreement by the official defendants, and the breach of duty under the Sixth Amendment to the United States Constitution by Howard B. Katzoff, plaintiff suffered cruel and unusual punishment, in violation of the Eighth Amendment to the United States Constitution, by being incarcerated for an additional __18__ months in reliance on the privileged information.

## RELIEF REQUESTED

Plaintiff requests the following relief:

1. That the court enjoin the parties from further breaches of the plea agreement entered into by plaintiff, and from any further revelations of the information which the official defendants agreed would be privileged as part of the plea negotiations;

2. That the court enter a delcaratory judgment declaring that the official defendants violated the terms of the plea agreement by revealing information provided by plaintiff under a promise of secrecy and confidentiality, and that defendant Howard B. Katzoff rendered ineffective assistance of counsel by failing to bring the breach to the attention of the United States District Court and seeking to have the breach remedied.

3. Damages in the sum of __2,000,000__ for the __545__ days incarceration suffered

because of the conduct of defendants.

    4. Such other and further relief as to the court may seem just and proper.

This the 23 day of January, 2008.


                                                      */s/ Anthony S. Folks*
                                                      Anthony S. Folks, *Pro Se*
                                                      Plaintiff

## V. STATEMENT OF CLAIM

State here briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include the names of other persons involved, dates, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets, if necessary.

I gave the Government a debriefing Statement about what I was really involved in, on my Conspiracy Case and the Government Promise me that the debriefing Statement that I give them will not be used against me, and nobody would ever be able to get there hands on my debrief Statement. The Government also Promise me that my Information would be Sealed, and Put inside a Vault at the District Court, where it would Stay. My debrief Statement was handed over to the Probation Department at the District Court and used against me at my Parole Hearing. Mr. Howard B. Katzoff, because of his ineffective Assistance of Counseling he caused me more Jail time and Probation time. He never showed me my PSI report. I made a Agreement with the Government to 4 years Probation time and the Judge made a mistake and gave me 5 years Probation time, Mr. Katzoff would not correct that Probation time.

## VI. RELIEF

State briefly exactly what you want the Court to do for you.

Petitioner request that the Court Permit the defendant to Compensate Petitioner thee amount of Two MILLION DOLLAR, Which would Compensate loss wages, Punitive Damages, Pain & Suffern, Compensatory Damages, for the Violation of Petitioner Constitutional rights

Signed this 23 day of January, 2008.

_____   Anthony S. Folk
                                  (Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

23 day of January            Anthony S. Folk
(Date)                       (Signature of Plaintiff)

n:\Forms\42 USC 1983

V. Continue

STATEMENT OF CLAIM

Doing my Sentencing Mr. Howard B. Katzoff, didn't Object to the Sealed Information in my PSI report.... I also Informed Mr. Katzoff that the nature of my Offense to what I Plea too was Incorrect and he would not Correct It

Probation Department, for tampering with Sealed Documents.

Signed this 23 day of January, 20008

_____   Anthony S. Folk
                                  (Signature of Plaintiff)

I declare under Penalty of Perjury that the foregoing is true and Correct.

23 day of January          Anthony S. Folk
(Date)                     (Signature of Plaintiff)

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
ANTHONY S. FOLKS

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** ~~88880~~
**(EXCEPT IN U.S. PLAINTIFF CASES)**

Pro se    DX

## DEFENDANTS
ADAM COHEN, ETAL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Case: 1:08-cv-00349
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 2/27/2008
Description: Pro Se General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
⊠ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ⊠ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
⊠ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   **DEMAND $** 2 Million   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

DATE 2.27.08   SIGNATURE OF ATTORNEY OF RECORD

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

orms\js-44.wpd

