IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY S. FOLKS : :      Plaintiff, : : v. : : UNITED STATES DEPARTMENT OF : JUSTICE; MICHAEL B. MUKASEY ; : ATTORNEY GENERAL OF THE UNITED : STATES; : KENNETH WAINSTEIN, UNITED : STATES ATTORNEY FOR THE : DISTRICT OF COLUMBIA; : ADAM COHEN, ASSISTANT UNITED : STATES ATTORNEY FOR THE DISTRICT: OF COLUMBIA; HOWARD B. KATZOFF : | Case No. 08-349 (CKK) |

## ENTRY OF APPEARANCE

The Clerk will please enter the appearance of Dennis J. Quinn, Esquire and Carr Maloney P.C. as counsel for Defendant, Howard B. Katzoff, Esquire.

Respectfully submitted,

CARR MALONEY P.C.

By: /s/ Dennis J. Quinn_____
Dennis J. Quinn, #455793
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
djq@carrmaloney.com

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 31st day of March, 2008, a copy of the foregoing Entry of Appearance was electronically filed and mailed, postage prepaid to:

     Anthony S. Folks
     # 24721-016
     Philadelphia F.D.C.
     POB 562
     Philadelphia, PA 19106

     Adam Cohen
     Assistant U. S. Attorney for the District of Columbia
     501 Third Street, N.W.
     Washington, D.C.  20001

     Michael B. Mukasey
     United States Attorney General
     555 4th Street, N.W.
     Room 4444
     Washington, D.C.  20530

     Kenneth Wainstein
     United States Attorney for the District of Columbia
     555 4th Street, N.W.
     Washington, D.C.  20530

     /s/ Dennis J. Quinn
     Dennis J. Quinn