UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Anthony S. Folks, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 08-0349 (CKK) |
| | : | |
| Adam Cohen *et al.*, | : | |
| | : | |
| Defendants. | : | |

ORDER

This matter is before the Court on defendant Howard B. Katzoff's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff, proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice... should include an explanation that the failure to respond...may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules require a party opposing a motion to serve and file a memorandum of points and authorities "[w]ithin 11 days of the date of service or at such other time as the court may direct . . . [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is this 7th day of April 2008,

**ORDERED** that plaintiff shall respond to defendant Katzoff's motion by **May 12, 2008**. If plaintiff does not respond within the time provided, the Court will treat the motion as conceded and may dismiss the complaint against the movant.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge