4/14/08

RE: FOLKS V. USA

Dear Nancy Mayer-Whittington,

Civil Action NO. 080349 CKK

My name is Anthony Folks, Fed # 24721-016. I am presently incarcerated at the United States Penitentiary, P.O. Box 1000, Lewisburg PA, 17837. I will be going home on 4/25/08. Any information concerning Civil Action #: 080349 CKK.... Can you please forward that information to my new address

Anthony Folks   Civil Action #: 080349 CKK
11703, Belvidere Rd
Mitchellville MD 20721
PH # 240-535-6899

P.S. If the defendants in this case need to know my new address and phone number.... Can you please!!! forward this information to the defendants

Thank you very much
Anthony Folks

**RECEIVED**

APR 17 2008

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT