Civil Action # 080349 CKK

Case 1:08-cv-00349-CKK    Document 16    Filed 04/29/2008    Page 1 of 2

RECEIVED
APR 29 2008 by Case Admin staff
From Pro se staff atty
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4/14/08

Dear Judge Colleen Kollar Kotelly

My name is Anthony S. Folks, Fed # 24721O-16. I am Presently incarcerated at the United States Penitentiary, P.O. Box 1000, Lewisburg PA. 17837. Your honor, on April 14, 2008 I had just received a Motion to Dismiss letter from Carr Maloney PC, Dennis J. Quinn #455793 Counsel for defendant Howard B. Katzoff, in case number 080349 CKK. Your honor, the letter was sent to FDC. Philadelphia Jail, and have a Post dated mark on it from March 31, 08. Your honor, I am no longer at the FDC. Philadelphia Jail, I am incarcerated at Lewisburg Penitentiary. Your honor, I am asking the Courts to please grant me an extension to answer the defendant motion to Dismiss, for the following reason.

1) The defendant motion to Dismiss letter was sent to the wrong institution and I didn't get the letter in a timely matter to responed back.

2) Your honor, I am due to be release from Lewisburg Penitentiary Jail, on April 25, 2008. and all of my legal material had been pack up, and sent home.

Your honor, I am also asking the Courts to Please!!! appoint me a lawyer to help represent me in Case # 080349 CKK. — Your honor, a speedy reply would be appreciated.

Thank you!!!, Your Honor
Anthony Folks Fed # 24721-016
Civil Action # 080349 CKK

PS. Your honor, if i am granted a court appointed lawyer to represent me in Case #08 0349 CKK, Counsel can reach me at my new address after April 25, 08

Anthony S. Folks
11703, Belvidere Rd
Mitchellville MD 20721
Cell Phone 240-535-6899

Thank you
Anthony Folks