Civil Action #080349

Case 1:08-cv-00349-CKK    Document 17    Filed 05/01/2008    Page 1 of 2

RECEIVED
MAY - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Judge Colleen Kollar Kotelly

    I am sending you a copy of my Notice of Action Sheet from the United States Parole Commission, to show proof that my Parole release date had been change to 6/26/08. Your honor, the Parole Commissioner reason for changing my Parole date was that, they needed additional time to develop a Satisfactory release Plan. However my release Plan was done on April 18, 2008, by Ms. Angela Griffin my new Parole officer in Maryland. She told my brother Ronald Folks, who I will be living with that her investigation and back ground check on him will take 30 days, and if everything goes well... I'll be out by May 26, 2008. The Parole Commissioner set my release date for 60 more days when it doesn't take that long. Your honor, I am stuck between a hard place and a rock right now, I don't know what to do or say, all of my legal materials is sent home, and I need legal help to answer the Motion to Dismiss letter from Mr. Howard Katzoff. Your honor, I Pray for your help that the Courts will grante me a lawyer to represent me in Case # 080349. Your honor, here is my Change of address back to Lewisburg Penitentiary.

    Anthony Folks 24721-016
    United States Penitentiary
    P.O. Box 100
    Lewisburg, PA 17837

P.S. Please forward copies to the defendants in the case.

    Thank you
    Anthony Folks

U.S. Department of Justice  
United States Parole Commission  
5550 Friendship Boulevard  
Chevy Chase, Maryland 20815-7201

**Notice of Action**

---

Name: Folks, Anthony  
Register Number: 24721-016  
DCDC No: 232-979

Institution: Lewisburg USP

Date: April 24, 2008

---

In the case of the above-named, the Commission orders pursuant to 28 C.F.R. §2.83(d):

Reopen and retard presumptive parole date of 4/27/08 by 60 days and parole effective 6/26/08.

**With the special condition(s) as indicated below:**

In addition, you shall be subject to the Special Drug Aftercare Condition that requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

**REASONS**:

The Commission has determined, based upon a progress report from the Bureau of Prisons, that you have substantially maintained good institutional adjustment. Additional time, however, is needed to develop a satisfactory release plan.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:   CSS Data Management Group  
      D.C. Court Services & Offender Supervision Agency  
      300 Indiana Avenue, N.W., Suite 2070  
      Washington, D.C. 20001