UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Anthony S. Folks, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 08-0349 (CKK) |
| | : | |
| Adam Cohen *et al.*, | : | |
| | : | |
| Defendants. | : | |

MEMORANDUM AND ORDER

Plaintiff moves for an enlargement of time to respond to defendant Howard B. Katzoff's motion to dismiss and for the appointment of counsel to represent him in this civil action. The Court will grant the motion for an enlargement of time and will deny the motion for counsel.

Plaintiffs in civil cases generally do not have a constitutional or statutory right to counsel. *See Willis v. F.B.I.*, 274 F.3d 531, 532-33 (D.C. Cir. 2001); *Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981). If a plaintiff is proceeding *in forma pauperis*, the court is authorized to appoint counsel under 28 U.S.C. § 1915(e)(1), but is not obliged to do so unless the plaintiff demonstrates such exceptional circumstances exist that the denial of counsel would result in fundamental unfairness. *See Cookish v. Cunningham*, 787 F.2d 1, 2 (1st Cir. 1986). "Whether exceptional circumstances exist requires an evaluation of the type and complexity of each case, and the abilities of the individual bringing it." *Id*.

The Court has considered the potential merits of the claim, the complexity of the legal and factual issues involved, plaintiff's *pro se* representation thus far, and the degree to which the interests of justice will be served by an appointment of counsel, including the benefit the court may derive from the assistance of appointed counsel. *See* Local Civil Rule 83.11(b)(3). The

Court has also taken into consideration the limited *pro bono* resources that are available to it and plaintiff's failure to set forth any reasons why the denial of counsel would be unfair. After carefully reviewing and weighing the foregoing factors, the Court concludes that the appointment of counsel is not warranted at this time. Accordingly, it is this 8th day of May 2008,

ORDERED that plaintiff's motion for the appointment of counsel [Dkt. No. 16] is DENIED without prejudice; and it is

FURTHER ORDERED that plaintiff's motion for an enlargement of time [Dkt. No. 16] is GRANTED. Plaintiff shall file his response by **June 12, 2008** or, as previously advised, risk dismissal of the complaint against the movant.

_____s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge