UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY S. FOLKS, | ) |
| Plaintiff *pro se*, | ) |
| v. | ) Civil Action No. 08-0349 (CKK) |
| ADAM COHEN, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

The Federal Defendants[1] respectfully request that the Clerk of the Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of record for the Federal Defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

---

[1] According to the complaint, the Federal Defendants are: the United States Department of Justice, Michael B. Mukasey, Attorney General of the United States, Kenneth Wainstein, former United States Attorney for the District of Columbia, and Adam Cohen, Assistant United States Attorney.

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was mailed, postage pre-paid, to Anthony S. Folks, Plaintiff *pro se*, on this 9th day of May 2008, to the following addresses:

Anthony S. Folks
11703 Belvidere Road
Mitchellville, MD 20721


Anthony S. Folks
P.O. Box 1000
Lewisburg, PA 17837

Anthony S. Folks
#24721-016
Philadelphia F.D.C.
POB 562
Philadelphia, PA 19106

                                           /s/
                                          JUDITH A. KIDWELL
                                          Assistant U.S. Attorney