UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Anthony S. Folks,                :
                                 :
        Plaintiff,               :
    v.                           :         Civil Action No. 08-0349 (CKK)
                                 :
Adam Cohen *et al.*,             :
                                 :
        Defendants.              :

ORDER

This matter is before the Court on the federal defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1), (b)(2) and (b)(6).  Plaintiff, proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case."  *Id*. at 509.  In addition, the Court's local rules require a party opposing a motion to serve and file a memorandum of points and authorities "[w]ithin 11 days of the date of service or at such other time as the court may direct . . . [or] the court may treat the motion as conceded."  Local Civil Rule 7(b).  Accordingly, it is this 12th day of May 2008,

ORDERED that plaintiff shall respond to the federal defendants' motion by **June 16, 2008**.  If plaintiff does not respond within the time provided, the Court will treat the motion as conceded and may dismiss the complaint against the movants or in its entirety.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge