$ 00.41⁰

UNITED STATES POSTAGE

MAILED FROM ZIP CODE

08 04/25/08

NIXIE      191   DC  1

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO   FORWARD

BC: 20001289999      *2317-15010-10-38

08 CV 349

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS