RECEIVED
MAY 16 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITE STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISON

ANTHONY S. FOLKS

PLAINTIFF,

V.

PROBATION DEPARTMENT.
UNITED STATES DEPARTMENT OF JUSTICE.
DEFENDANTS.

CIVIL ACTION
NO. 080349 CKK

PLAINTIFF ANTHONY S. FOLKS, MOTION FOR DEFAULT JUDGMENT.

Come now ANTHONY S. FOLKS, Pro Se, and complains of defendant as follows:

Federal Civil Judicial Procedure and Rules:
Rule 12(a) 2 and 3 states that

2) United States and its Agencies, Officers, or Employees sued in an official capacity must serve an answer to a complaint counter claim or cross claim within 60 days after service on the United States Attorney.

3) United States officers or employees sued in an individual capacity for and act or omission occurring in connection with duties performed on the United States' behalf

must serve an answer within 60 days after service on the Officer or employee or service on the United States Attorney, whichever is later.

Federal Rules Of Civil Procedure: Rule 8(D) States that Averment in a Pleading to which a responsive Pleading is required other than those as to the amount of damage, are admitted when not denied in the responsive Pleading is required or Permitted Shall be taken as denied or avoided. Because the defendants in this case failed to reply to Petitioner 42 USC § 1983 motion, a default Judgment should be enter in this matter against the defendants stated above.

FOR ALL THE REASON STATED HEROIN THE INSTANT REQUEST SHOULD BE GRANTED.

Respectfully Submitted
Anthony S. Falks

# CERTIFICATE OF SERVICE

I, **Anthony S. Folks**, hereby certify that I have served a true and correct copy of the foregoing:

**Motion For A Default Judgment**

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, <u>Houston vs. Lack</u>, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

**U.S. District Court Clerk**
**Nancy Mayer-Whittington, Clerk**
**(Please forward copies to the defendants)**

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this **13** day of **May 08**,

Respectfully Submitted,

*Anthony Folks*

REG. NO. **24721-016**