*Leave to file motion- [granted?]
Judge CKK[...]
5/28/08*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ANTHONY S. FOLKS

08-349(CKK)

PLAINTIFF,

V.

MICHAEL B. MUKASEY, Attorney General of the United States; KENNETH WAINSTEIN, United States Attorney for the District of Columbia; ADAM COHN

Defendants.

Come now Anthony S. Folks, Pro Se, and Complains as follows:

## Motion for an Extentsion

Your Honor, I was due to go home on April 25, 08. I packed all of my legal materials and sent them home... I have little or nothing to work with at Lewisburg Penitentiary. I am asking the Courts to Please grante this Motion for an Extentsion. Inclose are copies of Proff to show that my release date had been retarded by 60 days for the following reason,

1) To develop a Satisfactory releas Plan.

For All THE REASON STATED ABOVE:

Thank you
Anthony Folks

**RECEIVED**
MAY 19 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATE OF SERVICE

I, **ANTHONY FOLKS**, hereby certify that I have served a true and correct copy of the foregoing:

**Motion for Extentsion**

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

**Clerk's Office**

**Please foward copies to the defendants**

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this **15** day of **MAY 08**,

Respectfully Submitted,

*Anthony Folks*

REG. NO. **24721-016**

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| TO: (Name and title of staff member): Warden Bledsoe | Date: 4/15/08 |
|---|---|
| From: Anthony Folks | Registration number: 24721-016 |
| Work assignment: A.H. Detail | Unit: D2-220 L |

SUBJECT:
(Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I have a Parole effective date for April 27, 08... I was due to go home on April 25, 08. I was told by Case Manager B. Miller, that my Parole date had to be Change, because my Parole officer Ms. Angela Griffin didn't get my paper work from your staff in a timely matter. However your staff had Plenty of time to due my paper work they juck my Parole date, because of the ineffective assistance of your staff (Case manager) they causing me to do more jail time Please!!! Warden Bledsoe, Can you stay on top of my situation.

Thank you
Anthony Folks

(Do not write below this line)    (Continue on back if necessary)

Disposition: _____

Signature of staff member: | Date:

(This form may be replicated via WP)    This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Response to Inmate Request to Staff

Inmate Name:      **Folks, Anthony**
Inmate Reg. No:   **24721-016**

I am in receipt of your correspondence dated April 15, 2008, stating that your unit team was late with processing your release paperwork.

A review of this matter reveals the following information. You arrived at this facility on March 3, 2008, as a parole violator, with a parole release date of April 27, 2008. You were assigned to Unit 1 on March 4, 2008. On March 10, 2008, you received your program review (team), at which time you were advised to submit a release plan. On March 14, 2008, you provided a release residence which was outside of your sentencing district. On March 19, 2008, in an attempt to expedite this request, your unit team contacted the United States Probation Office telephonically and advised probation officials about the short turn date of this request. The relocation plan was subsequently faxed to probation. Your unit team followed-up by contacting probation twice after sending this information. On April 8, 2008, the probation office responded to us stating that they were unable to verify your release plan and that they would continue to investigate this request. On April 9, 2008, probation contacted us and stated that they would not have a response to us until the week of April 21.

Based on the above information, your Unit Team was required to request that the United States Parole Commission retard your parole date. Once the Parole Commission makes a decision, you will be advised.

We trust this information is sufficient to address your concerns.

_____          4·17·08
B. A. Bledsoe, Warden                    Date

U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

**Notice of Action**

| | |
|---|---|
| Name: Folks, Anthony | Institution: Lewisburg USP |
| Register Number: 24721-016 | |
| DCDC No: 232-979 | Date: April 24, 2008 |

In the case of the above-named, the Commission orders pursuant to 28 C.F.R. §2.83(d):

Reopen and retard presumptive parole date of 4/27/08 by 60 days and parole effective 6/26/08.

**With the special condition(s) as indicated below:**

In addition, you shall be subject to the Special Drug Aftercare Condition that requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

**REASONS**:

The Commission has determined, based upon a progress report from the Bureau of Prisons, that you have substantially maintained good institutional adjustment. Additional time, however, is needed to develop a satisfactory release plan.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:   CSS Data Management Group
      D.C. Court Services & Offender Supervision Agency
      300 Indiana Avenue, N.W., Suite 2070
      Washington, D.C. 20001