IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY S. FOLKS : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> UNITED STATES DEPARTMENT OF : <br> JUSTICE; MICHAEL B. MUKASEY ; : <br> ATTORNEY GENERAL OF THE UNITED : <br> STATES; : <br> KENNETH WAINSTEIN, UNITED : <br> STATES ATTORNEY FOR THE : <br> DISTRICT OF COLUMBIA; : <br> ADAM COHEN, ASSISTANT UNITED : <br> STATES ATTORNEY FOR THE DISTRICT: <br> OF COLUMBIA; PROBATION : <br> DEPARTMENT; HOWARD B. KATZOFF : | Case No. 08-349 (CKK) |

### DEFENDANT HOWARD B. KATZOFF'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Defendant, Howard B. Katzoff, through counsel Carr Maloney P.C., hereby submits this Opposition to pro se Plaintiff Anthony S. Folks' Motion for Default Judgment. Mr. Folks served his Complaint upon Mr. Katzoff in this matter on March 10, 2008. On April 4, 2008, Mr. Katzoff filed a Motion pursuant to Federal Rule of Civil Procedure 12(b)(6), seeking dismissal of Mr. Folks' Complaint in its entirety for failure to state a claim for which relief can be granted. On May 27, 2008, Mr. Folks filed a Motion for Default Judgment. It is unclear from Mr. Folks' Motion whether it is directed only toward the government Defendants, or whether it is directed toward Defendant Katzoff as well. To the extent that the Motion is directed toward Defendant Katzoff, it should be denied. Federal Rule of Civil Procedure 12(b) permits parties to file motions that raise certain defenses, such as a defense that the complaint fails to state a claim for

which relief can be granted, prior to the filing of an answer. Since Defendant Katzoff's Rule 12(b)(6) Motion to Dismiss was timely filed, and has yet to be ruled upon, he cannot presently be subjected to a default judgment for failure to file an answer pursuant to the Federal Rules of Civil Procedure.

Respectfully submitted,

CARR MALONEY P.C.

By:  /s/ Dennis J. Quinn
Dennis J. Quinn, #455793
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
djq@carrmaloney.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of June, 2008, a copy of the foregoing *Opposition* was electronically filed and mailed, postage prepaid to:

Anthony S. Folks
# 24721-016
United States Penitentiary
P.O. Box 100
Lewisburg, PA 17837

Anthony S. Folks
11703 Belvedere Road
Mitchellville MD, 20721

Judith A. Kidwell
Assistant United States Attorney
555 Fourth Street, N.W., Room E4905
Washington, D.C. 20530

/s/ Dennis J. Quinn
Dennis J. Quinn

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY S. FOLKS | : | |
| Plaintiff, | : | |
| v. | : | Case No. 08-349 CKK |
| UNITED STATES DEPARTMENT OF JUSTICE; MICHAEL B. MUKASEY; ATTORNEY GENERAL OF THE UNITED STATES; KENNETH WAINSTEIN, UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA; ADAM COHEN, ASSISTANT UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA; PROBATION DEPARTMENT; HOWARD B. KATZOFF | : | |

## ORDER

Upon consideration of Plaintiff Anthony Folks' Motion for Default Judgment, and Defendant Katzoff's Opposition to that Motion, it is this _____ day of _____, 2008;

ORDERED, that Plaintiff Anthony Folks' Motion for Default Judgment is hereby DENIED.

SO ORDERED.

_____
Judge Colleen Kollar-Kotelly

Copies to:

Dennis J. Quinn, Esquire
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036

Anthony S. Folks
# 24721-016
Philadelphia F.D.C.
POB 562
Philadelphia, PA 19106

Anthony S. Folks
11703 Belvedere Road
Mitchellville MD, 20721

Judith A. Kidwell
Assistant United States Attorney
555 Fourth Street, N.W., Room E4905
Washington, D.C. 20530