RECEIVED
JUN - 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ANTHONY S. FOLKS           Civil Action No. 08 0349 CKK

PLAINTIFF

V.

MICHAEL B. MUKASEY, Attorney General of the United States, KENNETH WAINSTEIN, United States Attorney for the District of Columbia; ADAM COHEN, and Howard B. Katzoff
DEFENDANTS

Come now Anthony S. Folks, Pro se, and Complains as follows:

## Motion for an Extentsion of Time:

Your Honor, I'am due to be release from Prison on June 26, 08, I have less then a month. I'am asking the Courts to Please!! grant me a time extentsion to answer the defendants motion to dismiss letters for 60 days... for the following reason:

1) I was due to be release on April 25, 08... all of my Legal material was Pack up and sent home, my April 25, 08 release date was retard by 60 days, because a Satisfactory release Plan had to be done on me, before being release.

2) Your Honor, I don't have the Skills or Knowledge to answer the motion to dismiss letters. I need Legal help, granting me the 60 days would allow me to search for a attorney to represent me in this Case, when I'am release from Prison.

FOR ALL THE REASON STATED ABOVE

Signed this 3 day of June, 2008.

Anthony S. Falk
(Signature of Plaintiff)